IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS MCLAIN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 13-979 |
| | : | |
| WAL-MART STORE #5495 and | : | |
| WAL-MART STORES EAST, LP, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 8th day of April 2013, upon consideration of Plaintiff's Motion to Remand (Doc. No. 5) and Defendant's Response thereto (Doc. No. 6), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                                              BY THE COURT:

                                                             */s/ Lawrence F. Stengel*
                                                             LAWRENCE F. STENGEL, J.